UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Thomas V. Seman,

Plaintiff,

vs.

UDLP Employees Pension Plan, f/k/a FMC Corporation Retirement Plan for Hourly Employees, FMC Corporation, and United Defense, L.P.,

Defendants.

FILE NUMBER: 01-209DWF/AJB

**STIPULATION AND AMENDED SCHEDULING ORDER**

The parties, by and through their undersigned counsel, hereby stipulate as follows:

1. By this stipulation, the parties seek to amend the stipulated scheduling order previously entered by the Court.

2. Issues remanded by the Eighth Circuit in the above-referenced matter shall be submitted for this Court's consideration via cross motions for summary judgment.

3. The parties shall serve and file simultaneous opening briefs on December 12, 2003;

4. The parties shall serve and file simultaneous reply briefs on December 22;

5. With the submission of the parties' reply briefs, the issues shall be considered fully briefed and the matter shall be set for oral argument at such time thereafter as the Court's schedule will allow.

Dated: November 21, 2003.

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.

By [signature]
Gregory R. Merz #185942
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 343-2800

DEC 01 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 11/21, 2003.

FAEGRE & BENSON

By Deborah A. Ellingboe

Deborah A. Ellingboe #26216X
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000

SO ORDERED

By

Judge of the District Court

GP:1521362 v1