# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Thomas V. Seman,
Plaintiff(s),
v.

FMC Corporation,
Defendant(s).

**COURT MINUTES**
BEFORE: Arthur J. Boylan
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01cv209 DWF/AJB |
| Date: | March 31, 2004 |
| Court Reporter: | |
| Tape Number: | 148 |
| Time Commenced: | 8:50 |
| Time Concluded: | 9:30 |
| Time in Court: | 40 Minutes |

APPEARANCES:

For Plaintiff: Gregory R. Merz and John M. Nichols
For Defendant: Deborah A. Ellingboe

Interpreter / Language: NA / NA

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Plaintiff's Motion to Define Scope of Discovery [Docket No 53]

Motions taken under advisement as of: March 31, 2004

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/Paul S.
Signature of Law clerk