**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Thomas V. Seman,

Plaintiff,

v.

FMC Corporation Retirement Plan for Hourly Employees; FMC Corporation; United Defense Limited Partnership, being sued as United Defense L.P.,

Defendants.

Civil No. 01-209 (DWF/AJB)

**ORDER OF DISMISSAL**

---

John M. Nichols, Esq. and Gregory R. Merz, Esq., Gray, Plant, Mooty, Mooty & Bennett, 80 South 8th Street, Suite 500, Minneapolis, MN 55402, on behalf of Plaintiff.

Steven L. Severson, Esq. and Deborah A. Ellingboe, Esq., Faegre & Benson, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, Minnesota, 55402-3901, on behalf of Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: May 4, 2004

/s/ Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court