# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Thomas V. Seman, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Arthur J. Boylan |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 01-209 DWF/AJB |
| | ) | Date: May 3, 2004 |
| FMC Corporation Retirement Plan for Hourly | ) | Court Reporter: |
| Employees, et al., | ) | Time Commenced: 1:00 p.m. |
| | ) | Time Concluded: 5:00 p.m. |
| Defendant. | ) | Time in Court: 4 Hours |

Hearing on: **Settlement Conference**

APPEARANCES:

Plaintiff: Gregory Merz and John Nichols
Defendant: Deborah Ellingboe

PROCEEDINGS:

- ☐ Evidence by ☐ Plaintiff ☐ Defendant ☐ Other:
- ☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
- ☐ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
- ☐ Final pretrial conference held
- ☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
- ☒ Settlement reached. Terms stated on the record.
- ☐ No settlement reached.
- ☐ Status conference.
- ☐ Dates discussed for the progression of the case.

Other:

Plaintiff's Motion to Define Scope of Discovery [Docket No. 53] is moot.

s/Kathy Thobe

Judicial Assistant