UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Thomas V. Seman,<br><br>Plaintiff,<br><br>vs.<br><br>UDLP Employees Pension Plan, f/k/a FMC Corporation Retirement Plan for Hourly Employees, FMC Corporation, and United Defense, L.P.,<br><br>Defendants. | ) | FILE NUMBER: 01-209DWF/AJB<br><br>**STIPULATION FOR DISMISSAL** |

Pursuant to their General Release and Settlement Agreement ,the parties, by and through their undersigned counsel, hereby stipulate to the entry of an Order in the form attached hereto as Exhibit A.

Dated: June 17, 2004.

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By s/Gregory Merz
John M. Nichols, Atty. No. 78943
Gregory R. Merz, Atty. No. 185942
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-3796
Telephone: (612) 632-3000

Attorneys for Plaintiff Thomas V. Seman

Dated: June 17, 2004

FAEGRE & BENSON

By s/Deborah A. Ellingboe
Deborah A. Ellingboe #
2200 Wells Fargo Center
Minneapolis, MN 55439
Telephone: (612) 766-7000

Attorney for Defendants

**EXHIBIT A**
UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Thomas V. Seman,<br><br>Plaintiff,<br><br>vs.<br><br>UDLP Employees Pension Plan, f/k/a FMC Corporation Retirement Plan for Hourly Employees, FMC Corporation, and United Defense, L.P.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | FILE NUMBER: 01-209DWF/AJB<br><br><br><br><br>**ORDER** |

Pursuant to the General Release and Settlement Agreement between the parties in the above case,

**IT IS HEREBY ORDERED**:

1. That the above captioned action is dismissed, with prejudice.

2. That defendant UDLP Employees Pension Plan, f/k/a FMC Corporation Retirement Plan for Hourly Employees, shall pay to Gray, Plant, Mooty, Mooty & Bennett, P.A. the sum of $100,000 as attorneys fees and costs in the above captioned action. This payment shall be in full satisfaction of any statutory claims or liens rights for attorneys fees and costs incurred in connection with this action.

3. The Court shall retain jurisdiction over the enforcement of the terms of the parties' General Release and Settlement Agreement.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated June ______, 2004

_________________________________
DONOVAN W. FRANK
Judge of United States District Court

GP:1585952 v2