**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Thomas V. Seman, Civil No. 01-209 (DWF/AJB)

Plaintiff,

v. **ORDER FOR DISMISSAL**

FMC Corporation Retirement Plan, for Hourly Employees; FMC Corporation; and United Defense Limited Partnership, being sued as United Defense, L.P.,

Defendants.

---

Gregory R. Merz, Esq., and John M. Nicols, Esq., Gray Plant Mooty Mooty & Bennett, 80 South Eighth Street, Suite 500, Minneapolis, MN 55402, counsel for Plaintiff.

Deborah A. Ellingboe, Esq., and Steven L. Severson, Esq., Faegre & Benson, 90 South Seventh Street, Suite 2200, Minneapolis, MN 55402-3901, counsel for Defendants.

---

Pursuant to the General Release and Settlement Agreement between the parties in the above case,

**IT IS HEREBY ORDERED**:

1. That the above captioned action is dismissed, with prejudice.

2. That defendant UDLP Employees Pension Plan, f/k/a FMC Corporation Retirement Plan for Hourly Employees, shall pay to Gray, Plant, Mooty, Mooty & Bennett, P.A. the sum of $100,000 as attorney fees and costs in the above captioned action. This payment shall be in full

satisfaction of any statutory claims or liens rights for attorney fees and costs incurred in connection with this action.

3. The Court shall retain jurisdiction over the enforcement of the terms of the parties' General Release and Settlement Agreement.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 17, 2004

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court