✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Thomas V. Seman,

V.

FMC Corporation Retirement Plan, for Hourly Employees; FMC Corporation; and United Defense Limited Partnership, being sued as United Defense, L.P.,

## JUDGMENT IN A CIVIL CASE

Case Number: 01-209 DWF/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. That the above captioned action is dismissed, with prejudice.

2. That defendant UDLP Employees Pension Plan, f/k/a FMC Corporation Retirement Plan for Hourly Employees, shall pay to Gray, Plant, Mooty, Mooty, & Bennett, P.A. the sum of $100,000 as attorney fees and costs in the above captioned action. This payment shall be in full satisfaction of any statutory claims or liens rights for attorney fees and costs incurred in connection with this action.

3. The Court shall retain jurisdiction over the enforcement of the terms of the parties' General Release and Settlement Agreement.

June 21, 2004 RICHARD D. SLETTEN, CLERK

Date

s/Rena J. Lexvold

(By) Rena. J. Lexvold, Deputy Clerk